[No. 15270-7-III.   Division Three.   February 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD M. SNOOK, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 68330, James B. Mitchell, J., entered July 28, 1977. *Affirmed* by unpublished opinion per Kurtz, A.C.J., concurred in by Sweeney and Brown, JJ.

[Nos. 16355-5-III; 16077-7-III.   Division Three.   February 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. EVARISTO · SALAS, JR., *Appellant*.

Appeals from judgments of the Superior Court for Yakima County, Nos. 96-1-01430-9, 96-8-00985-8, Stephen M. Brown and Susan L. Hahn, JJ., entered August 19, 1996 and January 8, 1997. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Kurtz and Kato, JJ.

[No. 16693-7-III.   Division Three.   February 16, 1999.]

OPPORTUNITY MANAGEMENT COMPANY, INC., *Appellant*, v. KATHY FROST, *Respondent*, CLS MORTGAGE, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-2-02244-2, Salvatore F. Cozza, J., entered June 6, 1997. *Affirmed in part* and *reversed in part* by unpublished opinion per Kato, J., concurred in by Kurtz, A.C.J., and Brown, J.